

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SMS
F. #2022R01012

*271 Cadman Plaza East Brooklyn,*
*New York 11201*

June 22, 2025

By ECF and E-Mail

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Tyshawn Rivera
            Case No. 16-CR-323 (NGG)

Dear Judge Garaufis:

      The government writes to request that the status conference scheduled for June 23, 2026, at 11:00 a.m., be adjourned for approximately thirty days to July 29, 2026, at 11:00 a.m. Defense counsel and Probation do not object to the government's request.

                    Respectfully submitted,

                    JOSEPH NOCELLA, JR.
                    United States Attorney

           By:        /s
                    Sean M. Sherman
                    Assistant U.S. Attorney
                    (718) 254-6262

CC:    Clerk of Court (NGG)
       Ezra Spilke, Esq. (Counsel to Defendant)

Application granted.
So Ordered.
s/Nicholas G. Garaufis, USDJ
Hon. Nicholas G. Garaufis
Date: 6/23/24